JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GREGORIO GARCIA-VALLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, DOES 1 through 100,<br><br>Defendants. | Case No. 5:17-cv-01027 (MWF) AGR<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

The parties having filed a Stipulation Re: Dismissal of Case,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety; and
2. Each party shall bear his or its own costs of suit and fees.

Dated: September 11, 2019

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Respectfully presented by,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ *Daniel A. Beck*
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Defendant
The United States of America